**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6145**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

REGINALD LAMAR DAVIS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, District Judge.  (1:19-cr-00122-TDS-1)

_____

Submitted:  January 23, 2025                          Decided:  January 28, 2025

_____

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Reginald Lamar Davis, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Lamar Davis appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction. "We review a district court's decision [whether] to reduce a sentence under § 3582(c)(2) for abuse of discretion and its ruling as to the scope of its legal authority under § 3582(c)(2) de novo." *United States v. Mann*, 709 F.3d 301, 304 (4th Cir. 2013). Our review of the record reveals no error. Davis was eligible for a sentence reduction under Amendment 821 to the Sentencing Guidelines, and the court clearly understood its authority to reduce Davis's sentence. The court recognized Davis's positive postsentencing conduct, but the court declined to grant a reduction based on its review of the 18 U.S.C. § 3553(a) factors.

Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*